**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    VANESSA MARIA LOTT

Order Filed on July 26, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  17-27423 SLM

Hearing Date:  7/25/2018

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 26, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): VANESSA MARIA LOTT

Case No.: 17-27423

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/25/2018 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $54.00 to the Trustee's office by 8/2/2018 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $677.00 starting on 8/1/2018 for the remaining 49 month(s).

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27423-SLM
Vanessa Maria Lott                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin            Page 1 of 1           Date Rcvd: Jul 27, 2018
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
db             +Vanessa Maria Lott,   5601 Kennedy Blvd., Apt 11i,   West New York, NJ 07093-3534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for   Structured Asset Mortgage Investments II Trust
               2007-AR3, Mortgage Pass-Through Certificates,   Series 20 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Vanessa Maria Lott rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4