UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PETER J. LISKA, LLC
Allison J. Kiffin, Esq.
766 Shrewsbury Avenue
Tinton Falls, NJ 07724
732-933-7777
(AJK 0179)

**Order Filed on July 11, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Vanessa Maria Lott

Debtor.

| | |
|---|---|
| Case No.: | 17-27423 |
| Hearing Date: | July 10, 2019 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____Garsen Savings Federal Credit Union_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❏ Real property more fully described as:

☑ Personal property more fully described as:
  2010 Mercedes Benz C Class

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*