Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−27423−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vanessa Maria Lott
   5601 Kennedy Blvd., Apt 11i
   West New York, NJ 07093

Social Security No.:
   xxx−xx−3519

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 11, 2019
JAN: apc

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-27423-SLM
Vanessa Maria Lott                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2            Date Rcvd: Jul 12, 2019
                              Form ID: 148           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Vanessa Maria Lott,    5601 Kennedy Blvd., Apt 11i,    West New York, NJ 07093-3534
517033436      +Aldridge Pite, LLP,    15 Piedmont Center,    Atlanta, GA 30305-1527
517033442      +FAIR COLLECTIONS & OUT,    12304 BALTIMORE AVE STE,    BELTSVILLE, MD 20705-1314
517033443      +GARDEN SAVINGS F.C.U.,    129 LITTLETON RD,    PARSIPPANY, NJ 07054-1897
517197859      +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
517033446      +SLS,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
517033447      +SUMMIT COLLECTION SVCS,    50 N FRANKLIN TPKE STE 1,    HO HO KUS, NJ 07423-1562
517033451      +US DEPT OF ED/GLELSI,    PO BOX 7860,    MADISON, WI 53707-7860
517255461       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517061506      +Wilmington Trust, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:44      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 12 2019 07:48:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
517033435      +EDI: AFNIRECOVERY.COM Jul 12 2019 07:48:00      AFNI, INC.,    PO BOX 3097,
                BLOOMINGTON, IL 61702-3097
517033437      +EDI: RMCB.COM Jul 12 2019 07:48:00     AMCA,    2269 S SAW MILL,    ELMSFORD, NY 10523-3832
517239791       EDI: RESURGENT.COM Jul 12 2019 07:58:00     Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,    Corporation of America Holdings,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517033438       EDI: CAPITALONE.COM Jul 12 2019 07:48:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238
517033440      +EDI: WFNNB.COM Jul 12 2019 07:48:00     COMENITYBK/VICTORIASEC,    PO BOX 182789,
                COLUMBUS, OH 43218-2789
517033441      +EDI: WFNNB.COM Jul 12 2019 07:48:00     COMENITYCAP/OVERSTOCK,    PO BOX 182120,
                COLUMBUS, OH 43218-2120
517181780       EDI: PRA.COM Jul 12 2019 07:48:00     Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517274549       EDI: Q3G.COM Jul 12 2019 07:48:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517076736      +EDI: DRIV.COM Jul 12 2019 07:48:00     SANTANDER CONSUMER USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
517033444      +EDI: DRIV.COM Jul 12 2019 07:48:00     SANTANDER CONSUMER USA,    PO BOX 961245,
                FT WORTH, TX 76161-0244
517033445      +EDI: SEARS.COM Jul 12 2019 07:48:00     SEARS/CBNA,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
517033448      +EDI: RMSC.COM Jul 12 2019 07:48:00     SYNCB/GAP,    PO BOX 965005,    ORLANDO, FL 32896-5005
517033449      +EDI: RMSC.COM Jul 12 2019 07:48:00     SYNCB/IKEA,    PO BOX 965005,    ORLANDO, FL 32896-5005
517035093      +EDI: RMSC.COM Jul 12 2019 07:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517033452      +EDI: VERIZONCOMB.COM Jul 12 2019 07:48:00     VERIZON,    PO BOX 650584,    DALLAS, TX 75265-0584
517146398      +EDI: AIS.COM Jul 12 2019 07:58:00     Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Garden Savings Federal Credit Union,    c.o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517033439*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
517033450*      +SYNCB/IKEA,    PO BOX 965005,    ORLANDO, FL 32896-5005
518267859*      +Wilmington Trust, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: Jul 12, 2019
                              Form ID: 148              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Allison J. Kiffin    on behalf of Creditor    Garden Savings Federal Credit Union
               collections@peterliska.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for    Structured Asset Mortgage Investments II Trust
               2007-AR3, Mortgage Pass-Through Certificates,    Series 20 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Vanessa Maria Lott rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```