Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17−27423−SLM
                        Chapter: 13
                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vanessa Maria Lott
   5601 Kennedy Blvd., Apt 11i
   West New York, NJ 07093

Social Security No.:
   xxx−xx−3519

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 8, 2019</u>                <u>Stacey L. Meisel</u>
                                                Judge, United States Bankruptcy Court